

## Fourth Court of Appeals
### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-14-00434-CV

**IN RE** Thomas D. **BRACEY**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Sandee Bryan Marion, Justice
Patricia O. Alvarez, Justice
Luz Elena D. Chapa, Justice

Delivered and Filed:  July 2, 2014

PETITION FOR WRIT OF MANDAMUS DENIED

On June 20, 2014, relator filed a petition for writ of mandamus complaining of the trial court's order expunging lis pendens notices in the underlying suit concerning a real estate partnership agreement. The court has considered relator's petition for writ of mandamus and is of the opinion that relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2014CI02996, styled *Thomas D. Bracey v. Marc Y. Zadik Revocable Trust and Marc Y. Zadik, Individually*, pending in the 57th Judicial District Court, Bexar County, Texas, the Honorable Michael E. Mery presiding.